JANUARY 17, 1949.

*Miscellaneous Orders.*

No. 279, Misc. EX PARTE LOUISIANA FARMERS PROTECTIVE UNION, INC. Motion for an extension of time within which to file petition for rehearing denied.

No. 2, October Term, 1941. BERNARDS ET AL. *v.* JOHNSON ET AL. Motion to recall the mandate denied.

No. 285, Misc. PARDEE *v.* MICHIGAN; and
No. 299, Misc. McCRAY *v.* WRIGHT, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 310, Misc. PORESKY *v.* KING; and
No. 312, Misc. LOWE *v.* KILLINGER. Applications denied.

No. 431. UNITED STEELWORKERS OF AMERICA ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari granted. *Arthur J. Goldberg, Frank Donner* and *Thomas E. Harris* for petitioners. *Solicitor General Perlman* for respondent.

No. 386. CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* MANUFACTURERS TRUST CO.; and
No. 443. MANUFACTURERS TRUST CO. *v.* CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 2d Cir. Certiorari denied. *Solicitor General Perlman* for petitioner in No. 386. *Leonard G. Bisco* for the Manufacturers Trust Co., petitioner in No.

443 and respondent in No. 386. *Solicitor General Perlman, Assistant Attorney General Bazelon, James L. Morrisson, Joseph W. Bishop, Jr.* and *Philip Elman* for respondent in No. 443. Reported below: 169 F. 2d 932.

No. 426. WORLD PUBLISHING Co. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Morrison Shafroth, W. W. Grant, Henry W. Toll* and *Douglas McHendrie* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for the United States.

No. 432. SWALLEY *v.* ADDRESSOGRAPH-MULTIGRAPH CORP. C. A. 7th Cir. Certiorari denied. *Douglas Arant* for petitioner. *Philip M. Aitken* for respondent.

No. 444. PUEBLO TRADING Co. *v.* EL CAMINO IRRIGATION DISTRICT ET AL. C. A. 9th Cir. Certiorari denied. *W. Coburn Cook* for petitioner. *Stephen W. Downey* for respondents.

No. 449. BORG-WARNER CORP. ET AL. *v.* GOODWIN. C. A. 6th Cir. Certiorari denied. *Benton Baker, Max W. Zabel* and *Edward C. Gritzbaugh* for petitioners. *Raymond L. Greist* for respondent.

No. 451. BOWCOTT ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Claude U. Stone* for petitioners. *Solicitor General Perlman* and *Robert S. Erdahl* for the United States.

No. 461. MONAGAS Y DE LA ROSA ET AL. *v.* VIDAL-GARRASTAZU. C. A. 1st Cir. Certiorari denied. *José A.*